IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| CAITLIN G., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) 1:24-cv-1626 |
| | ) |
| FRANK J. BISIGNANO, | ) |
| COMMISSIONER OF SOCIAL SECURITY | ) |
| | ) |
| Defendant. | ) |

**ORDER**

THIS MATTER comes before the Court on the Report and Recommendation of the Magistrate Judge dated September 5, 2025, in response to motions for summary judgment.

Based on a *de novo* review of the evidence in this case, having reviewed the Report and Recommendation, it appears to the Court that the Magistrate Judge's Report and Recommendation is neither clearly erroneous nor contrary to law. Accordingly, this Court affirms the findings of the Magistrate Judge. It is hereby

ORDERED that the Plaintiff's Motion for Summary Judgment is DENIED, Defendant's Motion for Summary Judgment is GRANTED, and Commissioner's final decision is AFFIRMED. This case is DISMISSED.

/s/ Claude M. Hilton
CLAUDE M. HILTON
UNITED STATES DISTRICT JUDGE

Alexandria, Virginia
September 30, 2025